UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

BENNY J. YOUNG     CIVIL ACTION NO. 08-cv-0356

VERSUS     JUDGE STAGG

WARDEN, ALLEN CORRECTIONAL CENTER     MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **denied**, and Petitioner's claim is **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 28 day of May, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE